# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CLINTON L. MOORMAN, JR.,**

        **Plaintiff,**

**-vs-**                                                      **Case No.  6:07-cv-807-Orl-31KRS**

**ROBERT BROWN,**

        **Defendant.**
_____

# ORDER

This cause comes before the Court on Plaintiff's Application to Proceed *in Forma Pauperis* (Doc. No. 2) filed May 14, 2007.

On May 17, 2007, the United States Magistrate Judge issued a report (Doc. No. 8) recommending that the motion be denied. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      That the Plaintiff's Application to Proceed *in Forma Pauperis* is DENIED.

3.      That this case is DISMISSED and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 5th day of June, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE